# FILED

08/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0312

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Case No. DA 22-0312

| | | |
|---|---|---|
| TOWN OF FORT PECK, a political Subdivision of the State of Montana, | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) | **ORDER** |
| LANNY HANSON, JAMIE HANSON AND WINDSOCK LAND AND CATTLE PARTNERSHIP, LLC, | ) ) ) ) | |
| Appellee. | ) ) | |

Upon Motion of the Appellant, with no objection from Appellee, and with good cause appearing;

IT IS HEREBY ORDERED that the deadline for filing Appellant's Opening Brief is extended, with the new deadline for filing being September 18, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 11 2022